UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE**: 3/7/19
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa Larsen

**TITLE OF CASE:**  **DOCKET#** 18-362

UNITED STATES OF AMERICA
　　　　　vs.

Brian Catanzarite


**APPEARANCES:**

Erica Liu, AUSA for Government
Vincent Scoca, Esq. for Defendant
Kimberly Artist, Probation Officer
**Defendant present.**

**Nature of Proceedings**: SENTENCING ON Count One

Imprisonment – 50 months
Supervised Release –3 years
Special conditions: drug testing and treatment; new debt restrictions; financial disclosure, mental health treatment, etc.
Special Assessment - $ 100.00 due immediately.
Defendant advised of right to appeal.
Fine waived.
Restitution: $3,505,885.39 interest waived, payments of no less than $200 per month.
Special assessment: $100.00
Defendant to self-surrender upon designation.

**Time Commenced:**
**Time Adjourned:**
**Total Time:**

　　　　　　　　　　　　　　　　　　　　　_RoseMarie Olivieri_
　　　　　　　　　　　　　　　　　　　　　SENIOR COURTROOM DEPUTY